In the Matter of the Application of UNION SILK MILLS, INC., Respondent, to Confirm an Award in Arbitration against JACOB BERNSTEIN and ABRAHAM MARCUS, Individually and as Copartners Doing Business, etc., Appellants. In the Matter of the Application of JACOB BERNSTEIN and ABRAHAM MARCUS, Copartners Doing Business, etc., Appellants, to Vacate an Award in Arbitration in Favor of UNION SILK MILLS, INC., Respondent.— The appeals are from an order denying the motion of Jacob Bernstein and Abraham Marcus, individually and as copartners, etc., to compel the depositions of certain witnesses; and from an order denying their cross-motion to vacate an award in arbitration and granting the motion of Union Silk Mills, Inc., to confirm said award, and from the judgment entered thereon. Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the CITY BANK FARMERS TRUST COMPANY, as Executor of and Trustee under the Last Will and Testament of JOHN P. GILFORD, Deceased.— Various persons interested in the estate of John P. Gilford, deceased, moved to reopen the decree judicially settling the account of the City Bank Farmers Trust Company and Emily Gilford, the widow of the testator, as executors and trustees under the will. The applicants are the widow and executrix and three daughters of the testator  In addition the special guardian of three infant contingent remaindermen applies for the same relief. Order denying motions to open and vacate decree, and order denying motion for reargument unanimously affirmed, with costs to respondent payable out of the estate. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.  [155 Misc. 339.]

In the Matter of the Application of ATLAS TILE AND MARBLE WORKS, INC., Appellant, to Vacate an Award of the ARBITRATION BOARD OF THE GREATER NEW YORK TILE CONTRACTORS' ASSOCIATION and TILE LAYERS SUBORDINATE UNION NUMBER 52, NEW YORK, OF THE B. M. & P. I. U. OF AMERICA, Respondents.— Order denying petitioner's motion to vacate an award of the arbitration board of the Greater New York Tile Contractors' Association and Tile Layers Subordinate Union Number 52 of the B. M. & P. I. U. of America, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of ELIZABETH K. PEPPER, Respondent, v. NATHAN SAVETSKY, Appellant.— Judgment convicting defendant of a violation of section 70, subdivision 5-a, of the New York State Vehicle and Traffic Law, unanimously reversed, the information dismissed and the fine remitted, on the ground that defendant's guilt within the meaning of the statute was not established beyond a reasonable doubt. (See *People* v. *Thomas*, 232 App. Div. 475.) Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDNA V. O'BRIEN, Appellant.— Judgment convicting defendant of the crime of grand larceny, first degree, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.